THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BRUN, Appellant.

Submitted July 26, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Norman Trabulus, Esq., 345 7th Avenue, 21st Floor, New York, NY 10001 assigned as counsel to the appellant on the appeal herein.